**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABC,<br><br>          *Plaintiff,*<br><br>v.<br><br>DEF,<br><br>          *Defendant.* | **Case No.** 25-mc-538<br><br>~~**Proposed**~~ **Order** |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Upon consideration of Plaintiff's Motion to Seal, the Court finds that good cause exists for granting the motion. The materials sought to be sealed contain sensitive information, including but not limited to confidential exhibits identifying Defendants, screenshots of infringing storefronts, and related documents that, if publicly disclosed, would likely prejudice Plaintiff's enforcement efforts and enable Defendants to evade jurisdiction and asset restraints. Accordingly, and subject to modification by the District Judge assigned to this case, it is hereby:

**ORDERED** that Plaintiff's Motion to Seal is GRANTED; and it is further

**ORDERED** that the case will be fully sealed, with access restricted to the Court and parties unless otherwise ordered

**ORDERED** that Plaintiff may publicly file redacted versions of the sealed documents that omit only the confidential information described above.

SO ORDERED.

*Valerie Caproni*

12/1/2025

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
PART I